UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re: PEREZ-TERRAZAS, CASIMIRO | § | Case No. 08-20139-BAM |
| PEREZ, MARIA CARMEN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 04, 2008. The undersigned trustee was appointed on September 04, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       8,159.11

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 19.07 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $       8,140.04 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 07/07/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $409.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $409.10, for a total compensation of $409.10. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $182.73, for total expenses of $182.73.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2010          By: /s/James F. Lisowski, Sr., Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20139-BAM  
**Case Name:** PEREZ-TERRAZAS, CASIMIRO  
PEREZ, MARIA CARMEN  
**Period Ending:** 09/21/10

**Trustee:** (480230) James F. Lisowski, Sr., Trustee  
**Filed (f) or Converted (c):** 09/04/08 (f)  
**§341(a) Meeting Date:** 10/10/08  
**Claims Bar Date:** 07/07/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3904 Herford Lane<br>No value to estate. Surrendered. | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wells Fargo checking account #1536<br>Value not worth administration. | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings<br>No value to estate. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing<br>No value to estate. | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wedding bands<br>No value to estate. | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2000 Chevy Astro Van<br>No value to estate. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2008 tax refund (wife)  (u)<br>Asset - Based on 08' refund. | 843.86 | 843.86 |  | 843.86 | FA |
| 8 | 2008 tax refund (husband)  (u)<br>Asset - Based on 08' refund. | 792.43 | 792.43 |  | 792.43 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.11 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$181,536.29** | **$1,736.29** |  | **$1,636.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**    October 10, 2010    **Current Projected Date Of Final Report (TFR):**    September 17, 2010  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-20139-BAM | | Trustee: | James F. Lisowski, Sr., Trustee (480230) |
|---|---|---|---|---|
| Case Name: | PEREZ-TERRAZAS, CASIMIRO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PEREZ, MARIA CARMEN | | Account: | 312-2402614-65 - Money Market Account |
| Taxpayer ID #: | 54-6936606 | | Blanket Bond: | $7,100,000.00  (per case limit) |
| Period Ending: | 09/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/26/09 | | CH#2326602856 Casimiro Perez | Payment for Casimiro 2008 tax refund | | 1,171.00 | | 1,171.00 |
| | {8} | | 792.43 | 1224-000 | | | 1,171.00 |
| | | | Return debtor portion of  378.57 tax refund | 1280-000 | | | 1,171.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.04 | | 1,171.04 |
| 05/07/09 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -0.01 | 1,171.05 |
| 05/07/09 | | Federal witholding | Federal witholding | 2810-000 | | 0.01 | 1,171.04 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.04 | | 1,171.08 |
| 06/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 1,171.11 |
| 06/22/09 | | To Account #312240261466 | Prepare for closing of case | 9999-000 | | 1,171.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,171.11 | 1,171.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,171.11 | |
| | | | Subtotal | | 1,171.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,171.11** | **$0.00** | |

{} Asset reference(s)

Printed: 09/21/2010 10:42 AM    V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-20139-BAM  
**Case Name:** PEREZ-TERRAZAS, CASIMIRO  
PEREZ, MARIA CARMEN  
**Taxpayer ID #:** 54-6936606  
**Period Ending:** 09/21/10  

**Trustee:** James F. Lisowski, Sr., Trustee (480230)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-2402614-66 - Checking Account  
**Blanket Bond:** $7,100,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/09 | | From Account #312240261465 | Prepare for closing of case | 9999-000 | 1,171.11 | | 1,171.11 |
| 08/18/09 | | CH#96189376 US Treasury | 2008 tax refund check | | 6,988.00 | | 8,159.11 |
| | {7} | | 843.86 | 1224-000 | | | 8,159.11 |
| | | | Return debtor portion of     6,144.14 tax refund | 1280-000 | | | 8,159.11 |
| 01/21/10 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2010 FOR CASE #08-20139 | 2300-000 | | 19.07 | 8,140.04 |
| 04/20/10 | | Wire out to BNYM account 000240261466 | Wire out to BNYM account 000240261466 | 9999-000 | -8,140.04 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19.07 | 19.07 | $0.00 |
| | | | Less: Bank Transfers | | -6,968.93 | 0.00 | |
| | | | **Subtotal** | | 6,988.00 | 19.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,988.00** | **$19.07** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-20139-BAM | | **Trustee:** | James F. Lisowski, Sr., Trustee (480230) |
|---|---|---|---|---|
| **Case Name:** | PEREZ-TERRAZAS, CASIMIRO | | **Bank Name:** | The Bank of New York Mellon |
| | PEREZ, MARIA CARMEN | | **Account:** | 9200-02402614-66 - Checking Account |
| **Taxpayer ID #:** | 54-6936606 | | **Blanket Bond:** | $7,100,000.00   (per case limit) |
| **Period Ending:** | 09/21/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312240261466 | Wire in from JPMorgan Chase Bank, N.A. account 312240261466 | 9999-000 | 8,140.04 | | 8,140.04 |
| | | | **ACCOUNT TOTALS** | | 8,140.04 | 0.00 | $8,140.04 |
| | | | Less: Bank Transfers | | 8,140.04 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 312-2402614-65** | 1,171.11 | 0.00 | 0.00 |
| **Checking # 312-2402614-66** | 6,988.00 | 19.07 | 0.00 |
| **Checking # 9200-02402614-66** | 0.00 | 0.00 | 8,140.04 |
| | $8,159.11 | $19.07 | $8,140.04 |

{} Asset reference(s)                                   Printed: 09/21/2010 10:42 AM    V.12.52

# Claims Register

### Case:  08-20139-BAM    PEREZ-TERRAZAS, CASIMIRO

Claims Bar Date: 07/07/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | James F. Lisowski, Sr., Trustee<br>P.O. Box 95695<br>Las Vegas, NV 89193<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>09/04/08 |  | $409.10<br>$409.10 | $0.00 | $409.10 |
|  | James F. Lisowski, Sr., Trustee<br>P.O. Box 95695<br>Las Vegas, NV 89193<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>09/04/08 |  | $182.73<br>$182.73 | $0.00 | $182.73 |
| 1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK<br>RESURGENT CAPITAL SERVICES,PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/08 |  | $249.51<br>$249.51 | $0.00 | $249.51 |
| 2 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/08 |  | $1,895.52<br>$1,895.52 | $0.00 | $1,895.52 |
| 3 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/08 |  | $1,972.18<br>$1,972.18 | $0.00 | $1,972.18 |
| 4 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/12/08 |  | $447.52<br>$447.52 | $0.00 | $447.52 |
| 5 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/08/09 |  | $828.81<br>$828.81 | $0.00 | $828.81 |
| 6 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/08/09 |  | $7,962.69<br>$7,962.69 | $0.00 | $7,962.69 |

# Claims Register

### Case:  08-20139-BAM    PEREZ-TERRAZAS, CASIMIRO

Claims Bar Date:  07/07/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | HUDSON & KEYSE, LLC<br>PO BOX 1090<br>MENTOR, OH 44061<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/13/09 | | $2,562.43<br>$2,562.43 | $0.00 | $2,562.43 |
| 8 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK,DBA JCPENNEY CREDIT SERVICES,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/24/09 | | $1,164.76<br>$1,164.76 | $0.00 | $1,164.76 |
| CP | Casimiro Perez-Terrazas<br>879 Rhingold Way<br><br>Las Vegas, NV 89110<br><8500-00   Funds Paid to Third Parties>,  201 | Unsecured<br>09/04/08 | Return debtor's portion of 2008 tax refund. | $378.57<br>$378.57 | $0.00 | $378.57 |
| IS | International Sureties, Ltd.<br>One Shell Square<br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>09/04/08 | Bond premium payment on ledger balance as of 1/21/10 | $19.07<br>$19.07 | $19.07 | $0.00 |
| MP | Maria Carmen Perez<br>629 Triest Court<br><br>Las Vegas, NV 89110<br><8500-00   Funds Paid to Third Parties>,  201 | Unsecured<br>09/04/08 | Return co-debtor's portion of 2008 tax refund. | $6,144.14<br>$6,144.14 | $0.00 | $6,144.14 |

**Case Total:**                                    $19.07            $24,197.96

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-20139-BAM
Case Name: PEREZ-TERRAZAS, CASIMIRO
Trustee Name: James F. Lisowski, Sr., Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | James F. Lisowski, Sr., Trustee | $ 409.10 | $ 182.73 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,083.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | $ 249.51 | $ 14.98 |
| 2 | LVNV FUNDING LLC | $ 1,895.52 | $ 113.79 |
| 3 | LVNV FUNDING LLC | $ 1,972.18 | $ 118.39 |
| 4 | LVNV FUNDING LLC | $ 447.52 | $ 26.86 |
| 5 | ASSET ACCEPTANCE LLC | $ 828.81 | $ 49.75 |
| 6 | ASSET ACCEPTANCE LLC | $ 7,962.69 | $ 477.99 |
| 7 | HUDSON & KEYSE, LLC | $ 2,562.43 | $ 153.82 |
| 8 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 1,164.76 | $ 69.92 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**