# United States Bankruptcy Court
## District of Nevada

Case No. 08–20139–bam
Chapter 7

In re: (Name of Debtor)
    CASIMIRO PEREZ–TERRAZAS         MARIA DEL CARMEN PEREZ
    879 RHINGOLD WAY                     629 TRIEST COURT
    LAS VEGAS, NV 89110                  LAS VEGAS, NV 89110

Hearing Date: 6/14/11
Hearing Time: 2:30 p.m.

## NOTICE OF STATUS HEARING FOR TRUSTEE

**NOTICE IS HEREBY GIVEN** that the docket of the above–entitled case shows:

☐ There are no concluded 341 meeting minutes, prepared by the Trustee, on file in this case.

☐ There is no designation made as to "assets or no assets" on the concluded 341 meeting minutes.

☐ The docket does not show any activity shown relating to the Trustee's administration of the estate of this case since .

☑ The docket of this Chapter 7 asset case reflects an Order Approving the Final Report was entered over six months ago but no Final Distribution Report has been filed by the Trustee.

☐ The Final Distribution Report has been filed by the Trustee but is missing Form 4.

☐ The calculations are not correct in the Final Distribution Report filed by the Trustee. (The figures from this report are provided for bankruptcy statistical purposes to the Administrative Office of the U.S. Courts in the case closing process).

☐ This case was dismissed, but the Final Account and Report has not been filed.

☐ Other:

**NOTICE IS FURTHER GIVEN** that a Status Hearing will be held before a United States Bankruptcy Judge at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on 6/14/11 at the hour of 2:30 p.m. at which time the Trustee of the above entitled case will report on the status of this case, including information specifically addressing the items marked above.

If the missing documents marked above are filed no later than 10 days prior to the scheduled hearing date, then this status hearing may be taken off calendar unless the court requires additional information to that provided by the Trustee in response to this Notice. The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 5/10/11                                                    BY THE COURT

                                                              Mary A. Schott
                                                              Clerk of the Bankruptcy Court